# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ADAM CURIEL,<br><br>          Petitioner,<br><br>   v.<br><br>SANDRA HUTCHENS, SHERIFF,<br><br>          Respondent. | NO. SACV 09-00127-MAN<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Motion and Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 21, 2009.

                                              /s/
                                    MARGARET A. NAGLE
                         UNITED STATES MAGISTRATE JUDGE